[No. 15563-3-III.    Division Three.    November 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE L. MICHAUD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-8-00137-2, Richard J. Schroeder, J., entered February 26, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, J., and Zagelow, J. Pro Tem.

[No. 15579-0-III.    Division Three.    November 4, 1997.]

ANN FINKE, ET AL., *Appellants*, v. DR. HAROLD ELLNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-2-00205-3, Dennis D. Yule, J., entered February 29, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15868-3-III.    Division Three.    November 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO CASILLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-8-00041-1, Donald W. Schacht, J., entered May 14, 1996. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15751-2-III.    Division Three.    November 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALFRED RAYNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 95-1-00049-8, Fred L. Stewart, J., entered April 11, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.